No. 11–477. ZELLS v. SEBELIUS, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. 9th Cir. Certiorari denied.

No. 11–479. SHAGHIL v. HOLDER, ATTORNEY GENERAL. C. A. 8th Cir. Certiorari denied.

No. 11–489. ZE FEI FANG v. HOLDER, ATTORNEY GENERAL. C. A. 2d Cir. Certiorari denied.

No. 11–490. DIXON v. HENNEPIN COUNTY HUMAN SERVICES DEPARTMENT ET AL. Ct. App. Minn. Certiorari denied.

No. 11–494. KINSEL v. CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 11–504. JOSEPH v. CUNEO LAW GROUP, P. C., ET AL. C. A. D. C. Cir. Certiorari denied.

No. 11–520. KOELLER ET AL. v. KANSAS CITY SOUTHERN RAILWAY CO. ET AL. C. A. 7th Cir. Certiorari denied.

No. 11–521. MALANEY ET AL. v. UAL CORP. ET AL. C. A. 9th Cir. Certiorari denied.

No. 11–524. WACHTEL v. SECURITIES AND EXCHANGE COMMISSION ET AL. C. A. D. C. Cir. Certiorari denied.

No. 11–528. DEI v. TUMARA FOOD MART, INC. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 11–537. VIEWCREST INVESTMENTS, LLC, ET AL. v. OREGON. Ct. App. Ore. Certiorari denied.

No. 11–545. THOMAS v. ISTAR FINANCIAL, INC., ET AL. C. A. 2d Cir. Certiorari denied.

